UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Christopher M. Scully,

Debtor.

Case No.:       20-11791-CMG

Chapter:              13

Hearing Date:      7/21/2021

Judge:            Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 4 Kelsonville Road, Browns Mills, NJ (Docket # 23)

_____

Date: 7/20/2021                                     /s/ Denise Carlon
                                                    Signature

*rev.8/1/15*