Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-11791 / CMG**

Christopher M. Scully

Petition Filed Date: 02/03/2020
341 Hearing Date: 03/05/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $444.00 | 73475330 | 02/02/2021 | $444.00 | 74191650 | 03/02/2021 | $444.00 | 74914880 |
| 03/02/2021 | $73.00 | 74953740 | 03/31/2021 | $517.00 | 75633020 | 05/03/2021 | $517.00 | 76393580 |
| 06/01/2021 | $517.00 | 77047110 | 06/30/2021 | $517.00 | 77739720 | 08/02/2021 | $517.00 | 78508800 |
| 09/02/2021 | $517.00 | 79189880 | 09/29/2021 | $517.00 | 79768140 | 11/02/2021 | $517.00 | 80543500 |
| 12/02/2021 | $517.00 | 81155100 | 12/29/2021 | $517.00 | 81733180 | 02/01/2022 | $517.00 | 82481470 |

**Total Receipts for the Period:  $7,092.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,528.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher M. Scully | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQ.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $288.09 | $0.00 | $288.09 |
| 2 | PNC BANK, NA<br>»» P/4 KELSONVILLE RD/1ST MTG | Mortgage Arrears | $23,349.73 | $5,543.80 | $17,805.93 |
| 3 | PNC BANK, NA<br>»» 4 KELSONVILLE ROAD/PP ARREARS 8/3/21 | Mortgage Arrears | $3,231.62 | $322.80 | $2,908.82 |
| 4 | PNC BANK, NA<br>»» 4 KELSONVILLE ROAD/ATTY FEES 8/3/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 20-11791 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,528.00 | Plan Balance: | $22,771.00 ** |
| Paid to Claims: | $10,154.60 | Current Monthly Payment: | $517.00 |
| Paid to Trustee: | $899.83 | Arrearages: | $0.00 |
| Funds on Hand: | $473.57 | Total Plan Base: | $34,299.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit
www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or
scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**