IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Jeanie D. Wiesner, Esquire
Sadek and Cooper Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008

In Re:

**Christopher Scully**
**debtor**

Case No.:     **20-11791**

Chapter:      **13**

Hearing Date:

Judge:        **CMG**

# ATTORNEY'S CERTIFICATION IN SUPPORT OF SUPPLEMENTAL CHAPTER 13 FEES

I, Jeanie D. Wiesner, Esquire, hereby certify as follows:

1. I represent the debtor, Christopher Scully, in this Chapter 13 Bankruptcy.

2. The service rendered for this fee application was the defense of the Motion for Relief from Stay filed on behalf of PNC National Bank Association with the hearing date of July 21, 2021.

3. The compensation requested is a flat fee of $400.00 for this service.

Date: February 28, 2022          /s/ Jeanie D. Wiesner
                                 Jeanie D. Wiesner, Esquire