UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek & Cooper Law Offices
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
215-545-0008
Jeanie D. Wiesner, Esquire
Attorney for debtor

Order Filed on March 17, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher Scully
debtor

Case No.: 20-11791

Chapter: 13

Judge: CMG

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 17, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____530.00_____ per month for _____36_____ months to allow for payment of the above fee.

*rev.8/1/15*

2