| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-11791 / CMG**

Christopher M. Scully

Petition Filed Date: 02/03/2020
341 Hearing Date: 03/05/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2022 | $517.00 | 82481470 | 03/01/2022 | $517.00 | 83070770 | 04/01/2022 | $530.00 | 83741210 |
| 05/02/2022 | $530.00 | 84349550 | 06/02/2022 | $530.00 | 85018550 | 07/01/2022 | $530.00 | 85600130 |
| 08/02/2022 | $530.00 | 86228110 | 09/02/2022 | $530.00 | 86828490 | 10/04/2022 | $530.00 | 87394200 |
| 11/02/2022 | $530.00 | 88031510 | 12/02/2022 | $530.00 | 88586950 | 01/04/2023 | $530.00 | 89156900 |
| 02/01/2023 | $530.00 | 89704480 | 03/01/2023 | $530.00 | 90253050 | | | |

**Total Receipts for the Period:  $7,394.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $18,405.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher M. Scully | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $288.09 | $0.00 | $288.09 |
| 2 | PNC BANK, NA<br>»»  P/4 KELSONVILLE RD/1ST MTG | Mortgage Arrears | $23,349.73 | $10,631.83 | $12,717.90 |
| 3 | PNC BANK, NA<br>»»  4 KELSONVILLE ROAD/PP ARREARS 8/3/21 | Mortgage Arrears | $3,231.62 | $1,153.99 | $2,077.63 |
| 4 | PNC BANK, NA<br>»»  4 KELSONVILLE ROAD/ATTY FEES 8/3/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»»  ORDER 3/17/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-11791 / CMG**

| | | | |
|---|---|---|---|
| **SUMMARY** | | | |
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $18,405.00 | Plan Balance: | $16,338.00 ** |
| Paid to Claims: | $16,473.82 | Current Monthly Payment: | $530.00 |
| Paid to Trustee: | $1,439.34 | Arrearages: | $0.00 |
| Funds on Hand: | $491.84 | Total Plan Base: | $34,743.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**