| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-11791 / CMG**

Christopher M. Scully

Petition Filed Date: 02/03/2020
341 Hearing Date: 03/05/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $530.00 | 89156900 | 02/01/2023 | $530.00 | 89704480 | 03/01/2023 | $530.00 | 90253050 |
| 04/03/2023 | $530.00 | 90886050 | 05/01/2023 | $530.00 | 91367890 | 05/31/2023 | $530.00 | 91940060 |
| 07/03/2023 | $530.00 | 92486720 | 08/02/2023 | $530.00 | 93056340 | 09/01/2023 | $530.00 | 93558850 |
| 10/03/2023 | $530.00 | 94095760 | 11/02/2023 | $530.00 | 94610000 | 12/01/2023 | $530.00 | 95081490 |
| 01/02/2024 | $530.00 | 95564420 | | | | | | |

**Total Receipts for the Period: $6,890.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,705.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Christopher M. Scully | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $288.09 | $0.00 | $288.09 |
| 2 | PNC BANK, NA<br>»» P/4 KELSONVILLE RD/1ST MTG | Mortgage Arrears | $23,349.73 | $14,844.53 | $8,505.20 |
| 3 | PNC BANK, NA<br>»» 4 KELSONVILLE ROAD/PP ARREARS 8/3/21 | Mortgage Arrears | $3,231.62 | $1,842.20 | $1,389.42 |
| 4 | PNC BANK, NA<br>»» 4 KELSONVILLE ROAD/ATTY FEES 8/3/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ORDER 3/17/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-11791 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,705.00 | Plan Balance: | $11,038.00 ** |
| Paid to Claims: | $21,374.73 | Current Monthly Payment: | $530.00 |
| Paid to Trustee: | $1,844.26 | Arrearages: | $0.00 |
| Funds on Hand: | $486.01 | Total Plan Base: | $34,743.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.