Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 20-11791 / MEH**

Christopher M. Scully

Petition Filed Date: 02/03/2020
341 Hearing Date: 03/05/2020
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $530.00 | 95564420 | 02/01/2024 | $530.00 | 96094880 | 03/04/2024 | $530.00 | 96615160 |
| 04/01/2024 | $530.00 | 97096260 | 05/01/2024 | $530.00 | 97606290 | 06/10/2024 | $530.00 | |
| 07/09/2024 | $530.00 | | 08/06/2024 | $530.00 | | 09/10/2024 | $530.00 | |
| 10/08/2024 | $530.00 | | 11/08/2024 | $530.00 | | 12/09/2024 | $530.00 | |

**Total Receipts for the Period:  $6,360.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $30,065.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Christopher M. Scully | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $288.09 | $0.00 | $288.09 |
| 2 | PNC BANK, NA<br>»» P/4 KELSONVILLE RD/1ST MTG | Mortgage Arrears | $23,349.73 | $19,541.98 | $3,807.75 |
| 3 | PNC BANK, NA<br>»» P/4 KELSONVILLE RD/PP ARREARS ORDER 8/3/21 | Mortgage Arrears | $3,231.62 | $2,609.58 | $622.04 |
| 4 | PNC BANK, NA<br>»» P/4 KELSONVILLE RD/ATTY FEES ORDER 8/3/21 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |
| 0 | Jeanie D. Wiesner, Esq.<br>»» ORDER 3/17/22 | Attorney Fees | $400.00 | $400.00 | $0.00 |

**Chapter 13 Case No. 20-11791 / MEH**

| SUMMARY | |
|---|---|

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,065.00 | Plan Balance: | $3,853.00 ** |
| Paid to Claims: | $26,839.56 | Current Monthly Payment: | $530.00 |
| Paid to Trustee: | $2,255.54 | Arrearages: | $0.00 |
| Funds on Hand: | $969.90 | Total Plan Base: | $33,918.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**