Certificate Number: 14751-NJ-DE-034169866

Bankruptcy Case Number: 20-11791



14751-NJ-DE-034169866

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 2, 2020, at 3:41 o'clock PM PST, CHRISTOPHER M SCULLY completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: March 2, 2020

By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor