Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 20–11791–MEH
          Chapter: 13
          Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Scully
   4 Kelsonville Rd
   Browns Mills, NJ 08015–7016

Social Security No.:
   xxx–xx–3097

Employer's Tax I.D. No.:

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

   TO: <u>Christopher M. Scully</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: November 17, 2025
JAN: mmf

                                                 <u>Jeanne Naughton, Clerk</u>